UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERT ARIAS, JR.,                )      CASE NO. CV 09-8803-JST (PJW)
                                   )
                Petitioner,        )
                                   )      J U D G M E N T
        v.                         )
                                   )
M.S. EVANS,                        )
                                   )
                Respondent.        )
_____)

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:      10·24·11          .


                                JOSEPHINE STATON TUCKER
                                UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ARIAS, G 8803\Judgment.wpd